## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**KATHERINE L.,**                                                          **PLAINTIFF,**

**v.**                            **No. 3:21-cv-495-BJB-CHL**

**COMMISSIONER OF SOCIAL SECURITY,**                      **DEFENDANT.**

\*\*\*\*\*

### ORDER

      Katherine L. filed this lawsuit seeking review of the Commissioner's denial of her application for disability benefits. DN 1. Consistent with the Chief Judge's order regarding party identification in Social Security cases, this order uses only the first name and last initial of the claimant. General Order 22-05. The Court referred this case to Magistrate Judge Colin Lindsay and asked him to prepare a Report and Recommendation regarding the petition. DN 10. Judge Lindsay did so, recommending that the Court affirm the Commissioner's decision. DN 19. No party objected to the recommended disposition within the time period described in the report and required by law. *See* 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(2).

      Because no party has objected to the Report and Recommendation, the Court may adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has reviewed and finds no error in Judge Lindsay's conclusions. Accordingly, the Court adopts the Report and Recommendation (DN 19) and incorporates it by reference into this order. The Court will issue a separate judgment in the Commissioner's favor and close the case.